IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PAUL M. STRICKLAND,
    Plaintiff,

v.                                  Case No. 5:07cv98/MCR/EMT

MICHAEL J. ASTRUE,
Commissioner of the Social Security
Administration,
    Defendant.
_____/

**O R D E R**

    Plaintiff has filed a complaint for judicial review of an adverse administrative decision of the Defendant and a motion for leave to proceed in forma pauperis (Docs. 1, 3). Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. For example, in the affidavit of financial status, Plaintiff indicates that he is unemployed and has no source of income, other than receiving monthly food stamps in the amount of $155.00 (Doc. 3 at 3-4). Additionally, he states that he has no money on hand or in a bank account, yet he further indicates that he pays a total of $1,040.00 each month toward his debts (*id.*). Plaintiff has not identified the source of funds from which he pays over $1,000.00 each month.

    In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application. If he chooses to submit a new in forma pauperis application, he should explain in Section IV.7. how he is able to pay his monthly debts and provide for his basic necessities, so the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion to proceed in forma pauperis (Doc. 3) is **DENIED** without prejudice.

  2. The clerk of court is directed to send to counsel for Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis.  This case number shall be written on the forms. Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

  3. Failure to comply with this order may result in a recommendation of dismissal of this action.

  **DONE AND ORDERED** this 18th day of May 2007.


          /s/ *Elizabeth M. Timothy*
          **ELIZABETH M. TIMOTHY**
          **UNITED STATES MAGISTRATE JUDGE**