**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

PAUL STRICKLAND,
    Plaintiff,

vs.                                      Case No.: 5:07cv98/MCR/EMT

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 2, 2007. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's motion to dismiss (Doc. 7), construed as a notice of voluntary dismissal, is **GRANTED** and this case is **DISMISSED without prejudice**.

    **DONE AND ORDERED** this 5th day of November, 2007.

                            _s/ M. Casey Rodgers_
                            **M. CASEY RODGERS
                            UNITED STATES DISTRICT JUDGE**